UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ and on behalf of all other persons similarly situated,

                Plaintiff,

against

LOWE'S COMPANIES, INC.,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10343 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff filed the Complaint on November 6, 2019. (ECF No. 1). On January 2, 2020, Defendants' time to answer the Complaint was extended to February 24, 2020. (ECF No. 9). On February 24, 2020, Defendant requested a pre-motion conference before the Honorable Paul G. Gardephe for an anticipated motion to dismiss. (ECF No. 10). On February 26, 2020, before an initial case management conference was scheduled, the parties filed a joint request to adjourn the conference and discovery deadlines pending Plaintiff's contemplated Amended Complaint and Defendant's anticipated motion to dismiss. (ECF No. 12). On the same day, the Court denied the parties' motion to stay. (ECF No. 13).

To date, over a month after the denial of the motion to stay, no further action has taken place in this case. Plaintiff has not filed an Amended Complaint and Defendant has not moved forward with a motion to dismiss. Accordingly, the parties are ordered to file a joint status report by **Monday, April 20, 2020**.

Dated: New York, New York
April 13, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**